AO 91 (Rev. 11/11)  Criminal Complaint

AUSA:  Garett Roger      Telephone:  (313) 226-9710
Task Force Officer:  John Cozzi      Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

## Makeda CHARLES

Case No. 26-mj-30232

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threats made in Interstate Commerce |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent John Cozzi
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 24, 2026 _____

_____
*Judge's signature*

City and state: _ Detroit, MI _

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John Cozzi, being first duly sworn, state as follows:

### Introduction & Background

1. I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been since June of 2025. I am assigned currently to the FBI Detroit Division's Violent Crime Task Force ("VCTF"). Prior to becoming a Special Agent, I was a Police Officer/Detective with the Northville Township Police Department in Michigan for eight years, five of which were spent as a Task Force Officer (TFO) with the FBI Detroit VCTF. Prior to my employment with the Northville Township Police Department, I received a bachelor's degree in criminal justice and sociology from Western Michigan University. As a Northville Township Officer, FBI TFO, and now as a FBI SA, I have gained training, knowledge, and experience in interviews, interrogations, drafting and executing search and arrest warrants, and investigating crimes to include but not limited to homicide, assaults, kidnapping, carjacking, bank robbery, Hobbs Act armed robbery, rape, firearms violations, other crimes of violence, threats, and narcotics violations.

2. The statements contained in this affidavit are based on my

1

experience and background as a SA and on that of my fellow agents/TFOs, information provided by other state and federal law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described below.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Makeda CHARLES for violations of federal law, more specifically, violations of 18 U.S.C. § 875(c), Threats made in Interstate Commerce.

### Probable Cause

5. As set forth below, there is probable cause to believe that on numerous occasions, since November 2024, CHARLES has knowingly and willfully transmitted in interstate commerce multiple electronic communications containing threats to harm individuals involved in the prosecution of a leader of a religious organization, Kingdom of God Global Church (KOGGC), previously known as Joshua Media Ministries International (JMMI). Its leader, David Taylor, and two of his executives were federally indicted in the Eastern District of Michigan in a sperate

investigation for violations of forced labor laws, money laundering, and conspiracy to commit the same. CHARLES is a long-time follower of the JMMI/KOGGC organization. And CHARLES's reaction to Taylor's and his co-conspirators' indictment has been threatening to the federal officials who are investigating, prosecuting, and presiding over, that pending case.

6. More specifically, CHARLES sent threatening messages via email, text message, voicemail, or some combination of each to FBI SA GH (V1), United States District Judge TB (V2), and Assistant United States Attorney (AUSA) SC (V3).

7. In October 2021, V1 was contacted by a concerned citizen who followed KOGGC and its members. The citizen reported to V1 that CHARLES had posted on social media various threats while at the Louisville, Kentucky airport. CHARLES contacted the concerned citizen and claimed that no one should go near her because she will blow herself up (presumably with an explosive device) and kill others along with herself. As a result, CHARLES was hospitalized and received approximately 12-18 months of mental health treatment.

8. After being released from treatment, CHARLES contacted V1 on his

FBI cell phone and email address approximately 100 times via text message, email, and phone calls. CHARLES demanded V1 drop the non-existent charges against CHARLES, and demanded V1 stop investigating JMMI/KOGGC.

9. On January 14, 2025, CHARLES sent a text message to V1 that included a photograph of CHARLES wearing a medical mask and holding a rifle, with the following message:

> I have the right to defend my civil rights against the shit you did to me. You'll get one bullet and be shot dead if you try that shit again and General David E. Taylor can choke you to death or pistol beat you to death. You fucking with the wrong ones. (See below screenshot of text message.)

[Intentionally left blank.]

4



10. On January 16, 2025, CHARLES sent the following email from email address "makedacharles.11203@gmail.com" to V1's FBI email address with subject line "Keep it up and get shot.":

> Got shot and your body dragged and your neck stomped on for your lack of ethics and for your unconstitutional law fare in the fraud case comp of Kentucky vs Makeda Charles. Just be

5

torched and scorched to death like the white kkk roaches you are burnt the fuck up.

11. As of the date of this complaint, Taylor's case is currently set for trial for the Fall of 2026.

12. On April 19, 2026, CHARLES sent the following facsimile using "faxzero.com" to V2:

> I immediately demand the release of General David E. Taylor under the constitutional protections of the United States that a defendant be given a fair constitutional proceeding. Automatically evidence. DOj submitted by [V3] is struck down and [V3] never proof beyond a reasonable doubt that Taylor is guilty. I make a motion to strike down [V3] false evidence. What [V2] is doing is human trafficking, fraud court, falsified court orders, ethnic intimidation, and acting above the constitution and state human rights laws and civil rights free speech And religious association rights.

13. On April 19, 2026, CHARLES sent the following email from the same email address to many recipients, i.e., media sources, law enforcement, and most importantly, V2's chambers, and V3 with the subject line "No statement of jurisdiction in the Taylor case cease and desist":

> DOj Michigan has no statement of jurisdiction in the Taylor case of forced labor and conspiracy and therefore the case is dismissed. Cease and Desist and free David E. Taylor at once. The public is watching you networking scheme on the bench and in 10th Amendment automatically eliminated doi and FBI and FBI MI. What you trying to do that you can't. Obvious

6

malicious prosecution and networking bribes You have no jurisdiction and the case is unconstitutional and frivolous lies. You shams.

14. On Aril 20, 2026, CHARLES sent the following email from the same email address to several recipients, i.e., media sources, law enforcement, and most importantly, V2's chambers, and V3 with the subject line "The real David E Taylor not USA defamatory David E. Taylor":

> get it right you can't ever punk him. Let him talk in court. No wonder **there is a hit on your life from God divine author of you final and last breath of torments forever dead and stabbed** and shut down.. Don't say I never warned yuh must have been a dream or something supernatural insight. Come on. (emphasis added).

15. On April 21, 2026, CHARLES sent the following email from the same email address to many recipients, i.e., media sources, law enforcement, and most importantly, V2's chambers, and V3 with the subject line "Please arrest me again but just take me to FCI milan and put me and David in a cell or a couples psych ward which is perfect":

> You can bring General David E Taylor and hod us both hostage at bankruptcy court in Manhattan or at the DOH on chambers street in Manhattan. **I am a bomb on wall street and this bomb of wall street** already spoke to FBi at federal plaza that the 10th amendment already eliminated what you are doing and you are so incompetent and refuse to stop. She send my husband David E. Taylor on a place to NY and I'll

7

give you the keys to our apartment and you can drug us in our luxury apartment and do it all on camera like you do and raid and all and steal assets you never ever created. **Don't fuck with His excellency General David E Taylor and God's money, your life will be robbed and you and al your bloody family be together in hell forever.** God bless you with tormentors forever and your teeth hurt unendingly and you cry forever. No one loves you. (emphasis added).

16. The threat of a bomb here is consistent with CHARLES's 2021 threat that she would use a bomb to kill herself and others. (*See* Paragraph 7).

17. Over the weekend of April 18th and 19th, CHARLES left a voicemail for V2 and stated:

> Is this the office of [V3]? I demand that you immediately drop the false charges against General Apostle David E. Taylor. You're judge network, DOJ, and you need to recuse yourself and immediately cease and desist doing a networking favor on the bench for DOJ and FBI. I demand the immediate release of David E. Taylor, I'm publishing an article to 200 million people globally and world leaders are aware of the social service and the powerful message of General David E. Taylor. Cease and desist you're embarrassing yourself. **I can see why you were shot in the past and robbed and more misfortune come upon you as karma is a bitch.** (emphasis added).

18. In April 2025, CHARLES was in Michigan and outside of the JMMI/KOGGC building in Taylor, Michigan. Taylor Police were dispatched to the location for a report of CHARLES refusing to leave the

8

property. CHARLES told police that she was a part of the church staff and refused to leave. Officers spoke to one of JMMI/KOGGC's leadership, not Taylor, who advised that CHARLES had been sending parishioners threatening messages. This member of JMMI/KOGGC's leadership told police that he had not seen CHARLES before, does not know how she got to the church, or where she lives. Taylor Police then trespassed CHARLES from the property at the request of JMMI/KOGGC staff. But CHARLES was ultimately arrested for trespassing and resisting arrest.

## Conclusion

19. Based on the above information, I believe probable cause exists that between January 2025 and April 2026, CHARLES, violated 18 U.S.C § 875(c), Threats made in Interstate Communications.

Respectfully submitted,

John Cozzi, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   April 24, 2026

9