UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                            Criminal No. 26-mj-30232

v.

Makeda Charles,

     Defendant.

_____/

## ORDER UNSEALING THE COMPLAINT AND ARREST WARRANT

For the reasons stated in the government's motion, it is ordered that the

Complaint, Arrest Warrant, and all attendant papers be unsealed.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Entered: May 5, 2026